**95–1340.** State v. Paxton. *Lucas County*, No. L–93–227. This cause is pending before the court as a discretionary appeal and cross-appeal and as a claimed appeal of right. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in response/memorandum in support of cross-appeal, due August 2, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal be, and hereby is, dismissed, effective September 7, 1995.

The appeal of the state of Ohio shall remain pending.